**Order entered March 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00199-CR

### EX PARTE RICHARD NICHOLAS COLON

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81243-2012**

## ORDER

The Court has before it appellant's March 26, 2014 unopposed motion to extend time to file his brief. Appellant states that some of the exhibits had been omitted from the record. A supplemental clerk's record containing those exhibits was filed on March 26, 2014. Appellant asks for an extension until April 14, 2014 due to the late-filed exhibits and counsel's workload. We **GRANT** the motion as follows.

We **ORDER** appellant to file his brief by **APRIL 14, 2014**. We **ORDER** the State to file its brief by **APRIL 30, 2014**. No further extensions will be granted. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal remains set for submission without argument on **May 9, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Collin County District Clerk and to counsel for all parties.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE